Mont E. Tanner, Esq.
Nevada Bar Number 004433
LAW OFFICES OF MONT E. TANNER
2950 East Flamingo Road, Suite G
Las Vegas, Nevada 89121
Telephone: (702) 369-9614
Facsimile: (702) 369-5731
E-mail: mtannerlaw@aol.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MIYAYAMA YUICHI, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation; DITECH FINANCIAL LLC f/k/a/ GREEN TREE SERVICING LLC, a Delaware limited liability company; ROES 1-5; and, DOES 1-5, inclusive,<br><br>　　　　　Defendants. | CASE NO: 2:16-cv-00413-JAD-CWH<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br><br>(First Request)<br><br><br>**ORDER** |

**COMES NOW** Plaintiff MIYAYAMA YUICHI ("YUICHI") by and through her attorney of record, Mont E. Tanner, Esq., of the Law Offices of Mont E. Tanner, and Defendant DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC ("DITECH") by and through its attorney of record, Blakeley E. Griffith, Esq., of the law firm of Snell & Wilmer, LLP, and hereby stipulate as follows:

WHEREAS, Defendant, DITECH filed a motion to dismiss in this action on March 29, 2016. Rule 7-2(b) of the United States District Court Local Rules of Civil Practice requires that any response to motions be filed and served within fifteen (15) days of service of

the motion. Accordingly, Plaintiff's points and authorities in opposition to Defendant's Motion to Dismiss is currently due by Friday, April 15, 2016.

WHEREAS, the parties have agreed to extend the time in which Plaintiff may file a response to the motion for one (1) week; and, correspondingly, the parties have agreed to extend the time in which Defendant may file a reply to Plaintiff's Opposition also for one week.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel of record, that the time in which Plaintiff may file its Opposition to Defendant's motion be extended for one week, to Friday, April 22, 2016. Additionally, pursuant to Rule 7-2(c) the time for which Defendant may file its Reply to Plaintiff's Opposition to the Motion to Dismiss is similarly extended for one week, to Tuesday, May 3, 2016.

| Dated: April 15, 2016. | Dated: April 15, 2016. |
|---|---|
| LAW OFFICES OF MONT E. TANNER | SNELL & WILMER L.L.P. |
| /s/ Mont E. Tanner | /s/ Blakeley E. Griffith |
| Mont E. Tanner, Esq.<br>Nevada Bar Number 004433<br>2950 East Flamingo Road<br>Suite G<br>Las Vegas, Nevada 89121<br>Telephone: (702) 369-9614<br>Facsimile: (702) 369-5731<br>E-mail: mtannerlaw@aol.com<br>Attorney for YUICHI | Blakeley E. Griffith, Esq.<br>Nevada Bar Number 12386<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>E-mail: bgriffith@swlaw.com<br>Attorney for DITECH |

**IT IS SO ORDERED.**

Dated: April 15, 2016.

_____
UNITED STATES DISTRICT JUDGE