Mont E. Tanner, Esq.
Nevada Bar Number 004433
LAW OFFICES OF MONT E. TANNER
2950 East Flamingo Road, Suite G
Las Vegas, Nevada 89121
Telephone: (702) 369-9614
Facsimile: (702) 369-5731
E-mail: mtannerlaw@aol.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| YUICHI MIYAYAMA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation, DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC, a Delaware limited liability company; ROES 1-5; and DOES 1-5, inclusive,<br><br>Defendants. | CASE NO: 2:16-CV-00413-JAD-CWH<br><br>STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO FILE A RESPONSE TO DEFENDANT DITECH FINANCIAL LLC'S MOTION FOR SANCTIONS<br><br>(FIRST REQUEST) |

Plaintiff YUICHI MIYAYAMA, by and through his counsel, Mont E. Tanner, Esq., and Defendant DITECH FINANCIAL LLC, by and through its counsel, Amy F. Sorenson, Esq., and Blakeley E. Griffith, Esq., of Snell & Wilmer, hereby stipulate and agree to Extend Plaintiff's Time to File a Response to Defendant Ditech LLC's Motion for Sanctions to August 22, 2016.

The reason for requesting this extension of time is that

///

Mont E. Tanner, Esq., counsel for plaintiff, will be out of the country until August 13, 2016.

Dated this 4th day of August, 2016.

LAW OFFICES OF MONT E. TANNER        SNELL & WILMER

/s/ Mont Tanner                       /s/
Mont E. Tanner, Esq.                  Amy F. Sorenson, Esq.
Nevada Bar No. 4433                   Nevada Bar No.: 12495
2950 E. Flamingo Road, Suite G        Blakeley E. Griffith, Esq.
Las Vegas, Nevada 89121               Nevada Bar No.: 12386
Counsel for Plaintiff                 3883 Howard Hughes Parkway,
Yuichi Miyayama                       Suite 1100
                                      Las Vegas, Nevada 89169
                                      Counsel for Defendants

UPON STIPULATION of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff shall have until August 22, 2016 to file its Opposition to Defendant's Motion for Sanctions, filed on July 27, 2016.

Dated: August 8, 2016

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**

LAW OFFICE OF MONT E. TANNER

/s/ Mont Tanner
Mont E Tanner, ESQ.
Nevada Bar No.: 4433
2950 E. Flamingo Road, Ste G
Las Vegas, NV 89121
Attorney for Yuichi Miyayama

-2-