Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
        bgriffith@swlaw.com
*Attorneys for Ditech Financial LLC*
*fka Green Tree Servicing, LLC a*
*Delaware limited liability company*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YUICHI MIYAYAMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation; DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC, a Delaware limited liability company; ROES 1-5; and, DOES 1-5, inclusive,<br><br>Defendants. | Case No. 2:16-CV-00413-JAD-CWH<br><br>***EX PARTE* MOTION FOR EXTENSION OF TIME FOR DITECH FINANCIAL LLC TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS**<br><br>**(FIRST REQUEST)** |

Defendant Ditech Financial LLC, fka Green Tree Servicing, LLC, a Delaware limited liablity company ("Ditech" or "Defendant") hereby submits this *Ex Parte* Motion for Extension of Time for Ditech Financial LLC to file Reply in Support of its Motion for Sanctions.

On July 27, 2016 Ditech filed its Motion for Sanctions (ECF No. 22). On August 3, 2016 Plaintiff and Ditech entered into a stipulation whereby Plaintiff's Opposition to the Motion for Sanctions was continued to August 22, 2016 (ECF No. 24). On Monday, August 22, 2016, Plaintiff filed its Opposition to the Motion (ECF No. 28). Ditech's Reply in support of the Motion is due on September 1, 2016. Ditech respectfully requests a one week extension to file its

24760206

1   Reply.  This is the first request for an extension.[1]  This request is not being made in bad faith, but

2   due to previously scheduled travel of Ditech's counsel and her workload upon return from that

3   travel.  *See* Declaration of Blakeley E. Griffith, attached hereto as **Exhibit 1**.  Ditech respectfully

4   requests that the Court grant the Motion and allow Ditech to file its Reply on **September 8, 2016.**

5          Dated:  August 30, 2016.              SNELL & WILMER L.L.P.

7                                          By: *Blakeley E. Sul*
                                               Amy F. Sorenson, Esq.
8                                              Blakeley E. Griffith, Esq.
                                               3883 Howard Hughes Parkway, Suite 1100
9                                              Las Vegas, Nevada 89169
                                               Telephone:  (702) 784-5200
10                                             Facsimile:  (702) 784-5252
                                               *Attorneys for Ditech Financial LLC fka Green*
11                                             *Tree Servicing, LLC a Delaware limited*
                                               *liability company*

13   / / /

14   / / /

15   / / /

16   / / /                   IT IS SO ORDERED.

17   / / /                   DATED:  August 31, 2016

18   / / /

19   / / /

20   / / /                   C.W. HOFFMAN, JR.
                             UNITED STATES MAGISTRATE JUDGE
21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

---

28   [1] Prior to filing this Motion, counsel for Ditech requested an extension from opposing counsel
     which was denied.

24760206

1

## ORDER

2

**IT IS SO ORDERED.**

3

DATED this _____ day of August 2016.

4

5

_____
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

SNELL & WILMER L.L.P.

10

11

By: _Blakeley E. Griffith_
Amy F. Sorenson (NV Bar No. 12495)
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
*Attorneys for Ditech Financial LLC fka*
*Green Tree Servicing, LLC a Delaware*
*limited liability company*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

24760206

Snell & Wilmer
— L.L.P. —
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2016, I electronically filed the foregoing *EX PARTE* **MOTION FOR EXTENSION OF TIME FOR DITECH FINANCIAL LLC TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 30th day of August 2016.

_Mary Full_

An Employee of Snell & Wilmer L.L.P.

24760206

# EXHIBIT 1

Declaration of Blakeley E. Griffith in
Support of Ex Parte Motion for Extension of
Time for Ditech Financial LLC to File
Reply in Support of its Motion for Sanctions

# EXHIBIT 1

Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
        bgriffith@swlaw.com
*Attorneys for Ditech Financial LLC*
*fka Green Tree Servicing, LLC a*
*Delaware limited liability company*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YUICHI MIYAYAMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation; DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC, a Delaware limited liability company; ROES 1-5; and, DOES 1-5, inclusive,<br><br>Defendants. | Case No. 2:16-CV-00413-JAD-CWH<br><br>**DECLARATION OF BLAKELEY E. GRIFFITH IN SUPPORT OF *EX PARTE* MOTION FOR EXTENSION OF TIME FOR DITECH FINANCIAL LLC TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS** |

I, Blakeley Griffith, declare as follows:

1.      I have personal knowledge of all matters set forth herein, except for those matters stated to be based upon information and belief. If called to do so, I would competently and truthfully testify to all matters set forth herein, except for those matters stated to be based upon information and belief.

2.      I make this Declaration in support of Ditech Financial LLC's *Ex Parte* Motion for Extension of Time for Ditech Financial LLC to file Reply in Support of its Motion for Sanctions (the "Motion").

3.      I am an attorney licensed to practice law in the State of Nevada with the law firm of Snell & Wilmer L.L.P., counsel for Ditech Financial LLC in the above-entitled matter.

24760649

1     4.     The request for an extension of time is made in good faith and not for the purposes

2   of delay.

3     5.     The Motion for Sanctions was filed on July 27, 2016. (ECF No. 22).

4     6.     The Opposition to the Motion for Sanctions was filed on August 22, 2016.[1] (ECF

5   No. 28).

6     7.     The Reply in support of the Motion for Sanctions is due on September 1, 2016,

7   which is ten days after the Opposition was filed.

8     8.     Good cause exists for the extension of time as I had a previously scheduled trip the

9   weekend of August 26, 2016, which could not be moved.  I did not return to the office until

10  August 30, 2016.  Due to my workload the week of August 22, 2016, I was unable to complete

11  the Reply in support of the Motion for Sanctions prior to this travel.

12    9.     As the deadline for the Motion for Sanctions is quickly approaching, I am

13  requesting a short extension of time (one week) to submit the Reply for the Court's consideration.

14

15      Dated this 30th day of August 2016.

16                                              _Blakeley E. Sub_
                                                BLAKELEY E. GRIFFITH
17

18

19

20

21

22

23

24

25

26

27
_____
[1] Counsel for Ditech had previously agreed to an extension for Plaintiff's Opposition to the
28  Motion for Sanctions. *See* ECF No. 24.

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

24760649